**MEMO ENDORSED**

**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

May 8, 2024

<u>VIA ECF</u>
The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:   *Thorne v. Ring LLC,*
                <u>Case No.: 1:24-cv-2287</u>

Dear Judge Wang,

      The undersigned represents Braulio Thorne, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Ring LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for May 14, 2024, at 11:00 AM (Dkt. 8) be adjourned for 60 days because the Defendant is still in the process of being served and their counsel has not yet answered or appeared in this action. This request will grant ample time for service to be effectuated and for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

**SO ORDERED:**

Application **GRANTED**.
The May 14, 2024 conference is adjourned to
**July 9, 2024 at 11:00 a.m.**

_____
**Ona T. Wang**        5/9/24
United States Magistrate Judge